**DEALER COMPUTER SERVICES INC, formerly known as Ford Dealer Computer Services Inc, Plaintiff–Appellant**

v.

**FORD MOTOR COMPANY, Defendant–Appellee.**

No. 06–20382.

United States Court of Appeals, Fifth Circuit.

Decided July 17, 2006.

John C. Allen, Houston, TX, for Plaintiff–Appellant.

Keith Alan Langley, Winstead, Sechrest & Minick, Dallas, TX, for Defendant–Appellee.

Before JOLLY, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRM. *See* 5TH CIRCUIT RULE 47.6.

* Pursuant to 5TH CIRCUIT RULE 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.